**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

---

**NATASHA MICHELLE BOYLAND**                                                            **PLAINTIFF**

**VS.**                                                                         **CAUSE NO.: 18-1062-JDW**

**MEMPHIS WEALTH BUILDERS, LLC**                                                   **DEFENDANT**

---

**MOTION TO DISMISS ADVERSARY PROCEEDING**

---

COMES NOW MEMPHIS WEALTH BUILDERS, LLC (hereinafter referred to as "Defendant"), and files this Motion to Dismiss Adversary Proceeding and would show and state as follows:

1. Natasha Boyland, on or about December 26, 2018, filed the instant Adversary Proceeding seeking an Emergency Injunction alleging a violation of 11 USC 362.

2. The Property in question is located at 4414 Wrenwood Drive in Horn Lake, Mississippi. Ms. Boyland purchased the property in July of 2005.

3. The Property was lawfully foreclosed upon September 6, 2018, more than one month prior to Ms. Boyland's bankruptcy filing. Memphis Wealth Builders, LLC purchased the property that day. The Substitute Trustee's Deed was entered October 2, 2018 memorializing the foreclosure proceedings and the consideration for the purchase of the Property. A certified copy of the stamp filed Deed is attached hereto as Exhibit "A".

4. Ms. Boyland filed for Bankruptcy protection on or about October 12, 2018, after being served with an eviction proceeding in DeSoto County Justice Court. The initial bankruptcy

filing did not list Memphis Wealth Builders, LLC as a creditor.  Ms. Boyland later added Memphis Wealth Builders to the creditor matrix, but they do not list the company in their schedules and claim they owe the company no money.

     5.    The instant adversary proceeding must be dismissed, as Bankruptcy Court does not have jurisdiction of the property in question, it is not part of Ms. Boyland's bankruptcy estate, and it is not subject to the automatic stay.  Ms. Boyland has no grounds for an injunction, as she has no ownership interest in the property in question.

     6.    Memphis Wealth Builders, LLC requests the matter be dismissed with all costs being assigned to Ms. Boyland.  Memphis Wealth Builders, LLC further requests its attorney fees be paid by Ms. Boyland.

    Respectfully Submitted,

    **BRIDGFORTH, BUNTIN & EMERSON, PLLC**
    *Attorneys for Plaintiff*


BY: /s/ Adam B. Emerson
    Adam B. Emerson (MSB #102258)
    5293 Getwell Road
    Southaven, MS   38672
    Telephone:  (662) 393-4450
    Email:  adam@bbelawyers.com

## **CERTIFICATE OF SERVICE**

I, Adam B. Emerson, hereby certify that I have notified the following interested parties of the Motion to Dismiss Adversary Proceeding filed by Memphis Wealth Builders, LLC, as reflected on the foregoing notice by U.S. Mail, postage prepaid and/or to all interested parties and the Chapter 13 Trustee by electronic servicing this, the 31st day of December, 2018.

- Jeffrey Levingston    jleving@bellsouth.net, MS01@ECFCBIS.com
- U. S. Trustee    USTPRegion05.AB.ECF@usdoj.gov
- Natasha Michelle Boyland    4414 Wrenwood Drive, Horn Lake, MS 38637

　　　　　　　　　　　　　　　　　　　　/s/ Adam B. Emerson
　　　　　　　　　　　　　　　　　　　　Certifying Attorney