FILED
JAN 1 1 2019
Clerk, U.S. Bankruptcy Court
Northern District of Miss.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF MISSISSIPPI**

In re:

    Natasha Michelle Boyland
    **Debtor(s).**

Case No.: 18-13983-JDW

**Chapter 7**

Natasha Michelle Boyland
Plaintiff/Debtor

Adversary Proceeding No:
18-01062-JDW

v.

Memphis Wealth Builders, LLC
Defendant(s)

## Motion for Refund of Filing Fee

Natasha Michelle Boyland request entry of an order refunding the $350.00 filing fee paid for Adversary Proceeding and states the following:

1. On December 27, 2018, Natasha Michelle Boyland filed an Adversary Proceeding and paid a filing fee of $350.00.

2. Natasha Michelle Boyland is the Debtor and Plaintiff and this Adversary Proceeding and the fee was waived.

Wherefore, Natasha Michelle Boyland request the entry of an order that refunds the filing fee .

Dated this 9th day of January 2019.

By: Natasha Boyland
P O Box 95
Horn Lake, MS 38637

## Certificate of Service

A copy of forgoing has been sent by U.S. Mail, prepaid first class, on January 9, 2019 to:

Adam Emerson
5293 Getwell Road
Southaven, MS 38672

*/s/ Natasha Boyland*
By: Natasha Boyland
P O Box 95
Horn Lake, MS 38637