

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **NATASHA MICHELLE BOYLAND,** | ) | **Case No.:** | **18-13983-JDW** |
| | ) | | |
| Debtor. | ) | **Chapter** | **11** |

| | | | |
|---|---|---|---|
| **NATASHA MICHELLE BOYLAND,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | **A.P. No.:** | **18-01062-JDW** |
| | ) | | |
| **MEMPHIS WEALTH BUILDERS, LLC,** | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER GRANTING MOTION FOR REFUND OF FILING FEE (DKT. # 13)

 This matter is before the Court on the Motion for Refund of Filing Fee (the "Motion") (Dkt. # 13) filed by Natasha Michelle Boyland (the "Debtor"). The Debtor filed the above referenced adversary proceeding and paid the filing fee of $350.00. Congress specifically authorized the Judicial Conference to prescribe fees in proceedings under Title 11. *See* 28 U.S.C. § 1930(b) (2017); *Maddox v. Southern Discount Company (In re Maddox)*, 34 B.R. 801, 802 n. 2 (Bankr. N.D. Ga. 1982). The Judicial Conference has directed that a debtor filing an adversary proceeding is not required to pay the filing fee required of other parties. *Merritt v. Merritt (In re Merritt)*, 186 B.R. 924, 931 n. 13 (Bankr. S.D. Ill. 1995) (citing *See* 28 U.S.C. § 1930, Statutory Notes, Bankruptcy Court Fee Schedule (6)). Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED** that the Motion is **GRANTED**. The Debtor shall be refunded $350.

##END OF ORDER##